**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Narek Hakobyan,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-10266-PHX-MTL

**ORDER**

The Court has considered the Petition for Writ of Habeas Corpus, the Respondents' brief in opposition, and Petitioner's reply brief. (Docs. 1, 6, 7)

After being placed in expedited removal proceedings, Petitioner was found to have a credible fear and he sought asylum, withholding of removal, and Convention Against Torture protection. (Doc. 1 ¶¶ 3-4) He was then placed in full removal proceedings under 8 U.S.C. § 1229a. Petitioner's claims were denied and his appeal is pending before the Board of Immigration Appeals ("BIA"). (*Id.* ¶ 4) Petitioner has been detained for 643 days, as of the filing of the present Petition. (*Id.* ¶ 5)

This is Petitioner's third petition since his immigration detention. The Court twice before denied relief, finding that Petitioner is an arriving alien and lawfully detained under 8 U.S.C. § 1225(b). *See Hakobyan v. Rokosky*, No. 2:26-CV-01241-PHX-MTL (DMF); *Hakobyan v. Unknown Party*, No. 2:26-CV-04941-PHX-MTL.

As before, the Court finds that Petitioner is an arriving alien and his immigration detention is mandatory under 8 U.S.C. § 1225(b). Petitioner's arguments under *Zadvydas*

*v. Davis*, 533 U.S. 678 (2001), are unavailing because he is not yet subject to a final order of removal, due to the BIA appeal being pursued by Petitioner himself. *See Jennings v. Rodriguez*, 583 U.S. 281, 297 (2018) ("Until [removal proceedings end] nothing in the statutory text imposes any limit on the length of detention.").

Petitioner's due process arguments are rejected for the reasons expressed by this Court in his two prior cases. *E.g.*, *Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 107 (2020).*

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk of Court must enter a judgment of dismissal and close this case.

Dated this 19th day of November, 2026.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge

* For the purposes of due process and the applicability of *Thuraissigiam*, the Court notes that Petitioner applied for admission into the United States at the San Ysidro, California port of entry. (Doc. 1 ¶ 3) He was *not* detained within the interior of the United States.